IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, as subrogee of Belaire Condominium and Hospital for Special Surgery,<br><br>and<br><br>FIREMAN'S FUND INSURANCE COMPANY, as subrogee of ARTHUR SKODNEK, IRIS R. DANKER, CAROL HIGGINS CLARK and LARRY W. ROSENTHAL,<br><br>Plaintiffs,<br><br>v.<br><br>CIRRUS DESIGN CORPORATION,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>MELANIE LIDLE, personal representative on behalf of the Estate of Cory Lidle; and STEPHANIE STANGER administrator on behalf of the Estate of Tyler Stanger,<br><br>Third-Party Defendants. | Civil Action No: 09-cv-8357<br><br><br><br><br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL AS TO THE CLAIMS IN THE THIRD-PARTY COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and among Defendant/Third-Party Plaintiff Cirrus Design Corporation ("Cirrus"), through its counsel, Reed Smith LLP, and Third-Party Defendants Melanie Lidle, as personal representative on behalf of the Estate of Cory Lidle ("Lidle"), through her counsel, Kaplan, Massamillo & Andrews, LLC, and Stephanie Stanger, as administrator on behalf of the Estate of Tyler Stanger ("Stanger"), through her counsel,

Rheingold, Valet, Rheingold, Shkolnik & McCartney LLP that, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) and Rule 41(c), Cirrus' third-party claims against Lidle and Stanger asserted in this action be voluntarily dismissed without prejudice with each party bearing its own costs and/or attorney's fees.

Dated: June 22, 2011

| **REED SMITH LLP** | **KAPLAN, MASSAMILLO & ANDREWS, LLC** |
|---|---|
| By: */s/ Patrick E. Bradley* <br> Patrick E. Bradley <br> Gary J. Ruckelshaus <br> 599 Lexington Avenue <br> New York, NY 10022-7650 <br> Telephone: +1 212 521 5400 <br> Facsimile: +1 212 521 5450 <br><br> Princeton Forrestal Village <br> 136 Main Street – Suite 250 <br> Princeton, NJ 08540-7839 <br> Telephone: +1 609 987 0050 <br> Facsimile: +1 609 951 0824 <br><br> *Attorneys for Cirrus Design Corporation* | By: */s/ Eugene Massamillo* <br> Eugene Massamillo, Esq. <br> 70 East 55th Street <br> 25th Floor <br> New York, New York 10022 <br> 212.922.0450 - Telephone <br> 212.922.0530 - Facsimile <br><br> *Attorneys for Stephanie Stanger* <br><br> **RHEINGOLD, VALET, RHEINGOLD, SHKOLNIK & McCARTNEY LLP** <br><br> By: */s/ Hunter J. Shkolnik* <br> Hunter J. Shkolnik <br> 113 East 37th Street <br> New York, NY 10016 <br> 212.684.1880 – Telephone <br> 212.689.8156 – Facsimile <br><br> *Attorneys for Melanie Lidle* |