```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY, as subrogee of
Belaire Condominium and Hospital for Special
Surgery,
    and

FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of ARTHUR SKODNEK,
IRIS R. DANKER, CAROL HIGGINS CLARK
and LARRY W. ROSENTHAL,

                   Plaintiffs,
v.

CIRRUS DESIGN CORPORATION,

                   Defendant.

Civil Action No: 09-cv-8357

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties that the above captioned action and all claims asserted therein are voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party as against the other.

Dated: December 20, 2012

_____
Oliver Beiersdorf
REED SMITH
599 Lexington Avenue
22nd Floor
New York, NY 10022
Tel. (212) 549-0415
*Attorneys for Defendant
Cirrus Design Corporation*

_____
Mark T. Mullen
COZEN O'CONNOR
1900 Market Street
The Atrium
Philadelphia, PA 19103
Tel. (212) 918-3000
*Attorneys for all Plaintiffs
American Guarantee and Liability
Insurance Company and Fireman's Fund
Insurance Company*

SO ORDERED:

_____
U.S.D.J.
January 3, 2013